THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROSE SIDDERS, Appellant.

*People* v. *Sidders*, 147 App. Div. 908, reversed.
(Argued January 15, 1912; decided January 30, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 17, 1911, which affirmed a judgment of the Court of Special Sessions of the city of New York rendered upon a verdict convicting the defendant of a violation of section 1146 of the Penal Law in keeping a disorderly house.

*George M. Pinney* and *William C. Casey, Jr.,* for appellant.

*Albert C. Fach, District Attorney* (*Frank H. Innes* of counsel), for respondent.

Judgment reversed and new trial ordered on the ground that the evidence was insufficient to support the conviction; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.